**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD G. GUNN, | No. 13-35052 |
| Plaintiff - Appellant, | D.C. No. 4:11-cv-00007-RRB |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, Chief Judge, Presiding

Submitted May 27, 2014[**]

Before:    D. NELSON, LEAVY, and THOMAS, Circuit Judges.

Ronald G. Gunn appeals the district court's judgment affirming the

Commissioner of Social Security's decision denying his application for

Supplemental Security Income under Title XVI of the Social Security Act.  We

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

have jurisdiction under 28 U.S.C. § 1291.

Because Gunn did not argue any discernable issues in his opening brief, we affirm the district court. *See Nevada Dept. of Corrections v. Greene*, 648 F.3d 1014, 1020 (9th Cir. 2011) (pro se appellant's issues were deemed waived by his failure to support any of the issues with argument); *Independent Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) (this court reviews only issues argued specifically in a party's opening brief).

**AFFIRMED.**